Jeffrey S. Allison, Esq. (NV Bar #8949)
**HOUSER & ALLISON, APC**
9970 Research Drive
Irvine, California 92618
Phone: (949) 679-1111
Fax: (949) 679-1112
jallison@houser-law.com

Attorneys for Defendant OCWEN LOAN SERVICING, LLC

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AZUSA AYCOCK,<br><br>             Plaintiff,<br><br>   v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>             Defendant. | Case No.: 2:18-cv-0717-GMN-VCF<br><br>HON. GLORIA M. NAVARRO<br><br>**STIPULATION TO EXTEND DATE TO FOR RESPONSE TO COMPLAINT**<br><br>[First Request] |

IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiff AZUSA AYCOCK and Defendant OCWEN LOAN SERVICING, LLC, through their respective counsel, that Defendant shall have up through and including June 18, 2018 to file its response to Plaintiff's Complaint [Dkt. No. 1] to allow time for investigation and discussion of early resolution possibilities.  This is the first such request and is not made for purposes of undue delay.

Dated this 15th day of May, 2018                                 Dated this 15th day of May, 2018


*/s/ Jeffrey S. Allison*                                                    */s/ David H. Krieger*
HOUSER & ALLISON                                              David H. Krieger, Esq.
Attorneys for Defendant                                          HAINES & KRIEGER, LLC
Ocwen Loan Servicing, LLC                                   Attorneys for Plaintiff Azusa Aycock

**ORDER**

Based on the foregoing, IT IS HEREBY ORDERED that the parties' foregoing Stipulation to Extend Defendant's Date for Response to Plaintiff's Complaint to June 18, 2018 is GRANTED.

Dated: May 16, 2018

_____
U.S. Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that I am over the age of eighteen (18), I am not a party to this action, and that on this date I caused to be served a true and correct copy of this **STIPULATION TO EXTEND DATE TO FOR RESPONSE TO COMPLAINT** by:

<u>X</u>   ECF
__   U.S. Mail
__   Facsimile transmission
__   Overnight Mail
__   Hand and/or Personal Delivery

and addressed to the following:

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, NV 89123
(702) 880-5554
Fax: (702) 383-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff*

Dated:  May 15, 2018

_____
An employee of HOUSER & ALLISON, AP