David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, AZUSA AYCOCK*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AZUSA AYCOCK, <br><br> Plaintiff, <br><br> v. <br><br> OCWEN LOAN SERVICING, LLC, <br><br> Defendants. | Case No. 2:18-cv-00717-GMN-VCF <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>OCWEN</u> ONLY** |

Plaintiff AZUSA AYCOCK and Defendant OCWEN LOAN SERVICING, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to,**

…

…

…

**OCWEN LOAN SERVICING, LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: July 9, 2018

| | |
|---|---|
| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/Jeffrey S. Allison, Esq.<br>Jeffrey S. Allison, Esq.<br>Nevada Bar No. 8949<br>HOUSER & ALLISON, APC<br>9970 Research Drive<br>Irvine, California 92618<br>*Attorney for Defendant* |

## ORDER

IT IS SO ORDERED.

Dated this  11  day of July, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE